UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
    and
SOUTHERN DISTRICT OF NEW YORK
_____x
                                     :
In re JOINT EASTERN AND SOUTHERN     :   NYAL
DISTRICTS ASBESTOS LITIGATION        :   Index No. 4000
                                     :
_____x
_____x
BERNADINE K. FINDLEY, as             :
Executrix of the Estate of           :
HILLIARD FINDLEY, et al.             :
                                     :   C.A. No. 90-3973 (E.D.N.Y)
                 Plaintiffs,         :   C.A. No. 90-7158 (S.D.N.Y)
                                     :
       - against -                   :
                                     :
ROBERT FALISE, et al.                :   ORDER
                                     :
                 Defendants.         :
_____x

Upon consideration of the Manville Distributor Subclass Application for Payment of Attorneys' Fees (the "Application"), the supporting affidavit, the October 12, 2007 letter from David T. Austern, and the record of this case, it is, by the Court, this ___ day of _____, 2007,

ORDERED that the Application shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED that the Manville Personal Injury Settlement Trust shall remit to Pepper Hamilton LLP the sum of **$1,083.50**.

JACK B. WEINSTEIN
Senior District Judge
Eastern District of New York

10/30/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
    and
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────x
                                      :
In re JOINT EASTERN AND SOUTHERN :   NYAL
DISTRICTS ASBESTOS LITIGATION     :   Index No. 4000
                                      :
──────────────────────────────x
──────────────────────────────x
BERNADINE K. FINDLEY, as
Executrix of the Estate of
HILLIARD FINDLEY, et al.
                                      : C.A. No. 90-3973 (E.D.N.Y)
                Plaintiffs,  : C.A. No. 90-7158 (S.D.N.Y)

   - against -

ROBERT FALISE, et al.

                Defendants. :
──────────────────────────────x

## MANVILLE DISTRIBUTOR SUBCLASS
## APPLICATION FOR PAYMENT OF ATTORNEYS' FEES

Comes now the Manville Distributor Subclass, by and through undersigned counsel, and applies to the Court for payment of attorneys fees incurred in connection with the captioned matter, by its counsel Pepper Hamilton LLP through September 30, 2007, and in support thereof submits herewith an October 12, 2007 letter from David T. Austern of the Manville Trust and the Affidavit of Charles H. Carpenter.

                                           Respectfully submitted,

                                           Francis J. Lawall
                                           Charles H. Carpenter
                                           PEPPER HAMILTON LLP
                                           3000 Two Logan Square
                                           Eighteenth & Arch Streets

Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Manville
Distributor Subclass

Date: October 23, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
  and
SOUTHERN DISTRICT OF NEW YORK
_____x
                                       :
In re JOINT EASTERN AND SOUTHERN       :   NYAL
DISTRICTS ASBESTOS LITIGATION          :   Index No. 4000
                                       :
_____x
_____x
BERNADINE K. FINDLEY, as               :
Executrix of the Estate of             :
HILLIARD FINDLEY, et al.               :
                                       :  C.A. No. 90-3973 (E.D.N.Y)
                 Plaintiffs,           :  C.A. No. 90-7158 (S.D.N.Y)
                                       :
       - against -                     :
                                       :
ROBERT FALISE, et al.                  :
                                       :
                 Defendants.           :
_____x

## AFFIDAVIT

CITY OF WASHINGTON        )
                          )   SS
DISTRICT OF COLUMBIA      )

Charles H. Carpenter, being duly sworn, states and deposes as follows:

1. I am an attorney with the firm of Pepper Hamilton LLP, formerly known as Pepper, Hamilton & Scheetz. On September 28, 1993, this firm was appointed to serve as co-counsel to the Subclass of Manville Asbestos Distributors (the "Manville Distributors").

2. I submit this Affidavit in support of the Manville Distributor Subclass Application for Payment of Attorneys' Fees (the "Application") made pursuant to the Order of the Honorable Jack B. Weinstein, entered in open court on July 8, 1994 (the "Order"). The Order provides that reasonable attorneys' fees for subclass counsel shall be paid by the Manville Personal Injury Settlement Trust.

3. Attached to this Affidavit as Exhibit "A" is a summary of time report (the "Time Report") detailing time spent and expenses incurred by Pepper Hamilton LLP in the representation of the Manville Distributors.

4. The Time Report has been redacted to eliminate the disclosure of attorney client privilege and other work product of this firm undertaken in connection with the representation of the Manville Distributors. Otherwise, the Time Report is a true and correct copy of the entries by the individual professionals as set forth on their timesheets.

5. In the time period covered by the Application, Pepper Hamilton LLP continued its activities as subclass counsel.

6. The Time Report attached as Exhibit A shows that for the period through September 30, 2007, Pepper Hamilton lawyers and professional staff worked a total of **2.10** hours in this time period, which at our standard billing rates, translates to **$1,083.50** in fees. In addition, the Time Report shows no expenses are due, so the sum total is **$1,083.50**.

7. A biographical summary of the Pepper Hamilton LLP partners who have primarily worked on this engagement has been previously submitted.

8. Based on the foregoing, Pepper Hamilton LLP requests compensation in accordance with the Order from the Trust for those fees incurred for the period covered by this Affidavit.

Dated: October 23, 2007          Charles H. Carpenter

Subscribed and sworn before me this 23th day of October, 2007

_____
Notary Public

My commission expires:

Cherrell Y. Hinnant
Notary Public, District of Columbia
My Commission Expires 8/14/2011

Exhibit A

# Pepper Hamilton LLP
### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000

Invoice Number: 10443282
Client/Matter Number: 107197.00002
October 11, 2007

Subclass of Johns-Manville Asbestos
Manville Personal Injury Settlement
Suite 600 - Willow Oaks Corp. Drive
Fairfax, Virginia 22031

Requesting Attorney: Francis J. Lawall                Federal Identification No. 23-1433012

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2007 as follows

**RE: Joint Eastern & Southern District Asbes.**

|         | Name         | Services                                       | Time |
|---------|--------------|------------------------------------------------|------|
| 5/2/07  | F. Lawall    | Review latest financial filings from court.    | 0.30 |
| 6/4/07  | F. Lawall    | E-mail re arbitration issue.                   | 0.20 |
| 6/12/07 | F. Lawall    | Review correspondence from trust.              | 0.20 |
| 7/27/07 | C. Carpenter | Review new proposals on direct action.         | 0.40 |
| 7/27/07 | F. Lawall    | E-mail re Direct Fund.                         | 0.20 |
| 7/31/07 | F. Lawall    | Review materials re limited fund distribution. | 0.40 |
| 8/3/07  | F. Lawall    | Review financial statements.                   | 0.20 |
| 9/25/07 | F. Lawall    | Review financials from court.                  | 0.20 |

TOTAL CHARGEABLE HOURS .................................................................. 2.10

TOTAL FEES .................................................................. $1,083.50

TOTAL AMOUNT DUE .................................................................. $1,083.50

The following is a summary of the time dedicated and the fees charged to this matter by the Firm's professional staff:

|  |  | HOURS | RATE | FEE |
|---|---|---:|---:|---:|
| C. Carpenter | Partner | 0.40 | 435.00 | 174.00 |
| F. Lawall | Partner | 1.70 | 535.00 | 909.50 |
| Total |  | 2.10 |  | $1,083.50 |

# MANVILLE PERSONAL INJURY SETTLEMENT TRUST

David T. Austern
General Counsel

October 12, 2007

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Findley v. Falise**, 90 CV 3973 (JBW)

Dear Judge Weinstein:

  This letter concerns the statement for fees in the amount of $1,083.50 which is being submitted by Pepper Hamilton LLP, counsel for the Manville Distributor Subclass, incurred through September 30, 2007.

  I have reviewed the statement for fees and expenses. Based on my position with the Manville Personal Injury Settlement Trust ("the Trust"), I am familiar with the work performed as reflected in the statement. Please be informed that the Trust has no objection to the award of $1,083.50 to Pepper Hamilton LLP for fees and expenses as described in the statement.

           Very truly yours,

           David T. Austern
           General Counsel

cc: Francis J. Lawall, Esq.
   Charles H. Carpenter, Esq.
   Leslie Gordon Fagen, Esq.
   Elihu Inselbuch, Esq.

*[Handwritten annotation: "Approved. Please pay. So ordered. /s/ Jack B. Weinstein 10/30/07"]*

3110 Fairview Park Drive
Suite 200
P.O. Box 12003
Falls Church, Virginia 22042-0683
Phone: 703-204-9300
Fax: 703-205-6249